

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00206-CR

CARLOS DEMON HARRIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2017-0424

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the clerk's record and the supplemental clerk's record in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's record and the supplemental clerk's record include social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and the supplemental clerk's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and supplemental clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: April 2, 2019